

# The Commonwealth of Massachusetts
## Department of State Police

### BASIC FIREARMS SAFETY CERTIFICATE

The following named individual has successfully completed a Basic Firearm Safety Course as prescribed by G.L. c. 140, § 131P and 515 CMR 3.00,

__Hector E. Pineiro__
(Name)

▇▇▇▇▇▇▇ (Date of Birth)

__Robert J. McDermott__
(Instructor's Name)

__NRA Basic Pistol__
(Certified Course Title)

__LTC-002__
(Course Certification Number)

__Yes__    __No__
(Valid for LTC)  (Valid for FID Only)

__BFS002416__
(Instructor's Certification Number)

I hereby certify the person named in this certificate has successfully completed a Basic Firearm Safety Course as prescribed by G.L. c. 140, § 131P and 515 CMR 3.00.

Instructor's Signature _____    __10-25-2009__ Date Course Completed

ENSE PETIT PLACIDAM SUB LIBERTATE QUIETEM