Commonwealth of Massachusetts
Certificate of Completion
Basic Hunter Education Course

Hector E. Pineiro
Date Issued: 3/8/2010
Card No: 1034045
Date of Birth:

The above named has successfully completed Basic Hunter Education as provided by the MA Div. of Fisheries and Wildlife

2x3

This certificate shall be presented to a license agent and is authorization to obtain a Hunting or Sporting license

*Student Signature*

*Aaron Gross*, **Director**
**Massachusetts Environmental Police**
An Agency of the Executive Office of Environmental Affairs