

*Ex 4*

*Sun Permit*
*License to Carry Worcester*
*Senme*

## Scanned
## POLICY AND PROCEDURE
## NO. 335



| FID | | | |
|---|---|---|---|
| date issued NOV 14 1996 | date effective NOV 14 1996 | revision no. | no. of pages 1 |

### PURPOSE

The purpose of this policy is to set guidelines for the collection of fees regarding the issuance of firearm permits and licenses. The License Division is designated as the unit within the Worcester Police Department to conduct investigations and collect fees through the issuing authority of the Chief of Police under the conditions set forth by Gen Law Chap 140 Sec 129b and 131 et seq.

All fees shall be posted and shall be forwarded to the city treasurer under general accounting procedures within the police department.

### PERMITS:

License Division will issue to all qualified persons a Firearm Identification Card (F.I.D. card) upon completion of an approved application and payment of the current established fee. There will be no waiver of fee to any person or class of applicants for permits except as stated below.

### LICENSES:

License Division will also issue Licenses to Carry Firearms to qualified persons having residential or business addresses within the City of Worcester. All applicants will pay the established fee except as stated below.

### WAIVER OF FEES:

A Waiver of the established fee is allowed for city employees who are required to carry firearms as part of their employment.* Also, Deputy Chiefs of the Police Department may waive fees for licenses and permits under special circumstances.

   *City Employees required to carry firearms as part of their employment for purposes of this policy are;

      Worcester Police Officers
      Animal Control Officers
      Airport Police

PER: _Edward P. Gardella_
    EDWARD P. GARDELLA
    Chief of Police
Revised 11/27/96 (section underlined in Permits)

## Scanned

*Firearm Policy*
*WPD 1996*
*Rojas*