**UTAH**
**DEPARTMENT OF PUBLIC SAFETY**
**Concealed Firearm Permit**

C411250

NAME: HECTOR E. PINEIRO
D.O.B.: ▓
SEX: M
ADDRESS: ▓
CITY: WORCESTER   ST: MA   ZIP: 01602
DATE OF ISSUE: 10/26/2010   DATE OF EXPIRATION: 10/26/2015
HT: 509   WT: 185   EYES: BRO   HAIR: BLK

Commissioner of Public Safety

Ex 6

Bureau of Criminal Identification
3888 West 5400 South
Salt Lake City, Ut.
84118

To verify the validity of this permit for law enforcement purposes only, contact: 801-965-4446

For all other questions regarding Concealed Firearm Permits please call 801-965-4445