

Ex 7

License Holder's Finger

Height: 5-09
Hair: BLACK
Date of Birth:
Place of Birth: PUERTO RICO

Weight: 185
Eyes: BLACK

Hector E. Piñeiro

License Holder's Signature

Issued for use of holder named hereon; non-transferable. Use or possession, except as prescribed by M.G.L. c. 140, §§ 122-131P is unlawful.

Licensing Authority Signature