# HÉCTOR E. PIÑEIRO
## ATTORNEY AT LAW

HÉCTOR E. PIÑEIRO

ROBERT H. BEADEL**

**ALSO ADMITTED IN NY

ROBERT A. SCOTT

807 MAIN STREET
WORCESTER, MASSACHUSETTS 01610
(508) 770-0600

FAX (508) 770-1300
Email: hector@pineirolegal.com

CORRESPONDENT

MARÍA S. PIÑEIRO SOLER, L.L.M.
ATTORNEY AT LAW
POPULAR CENTER BUILDING
18TH FLOOR - SUITE 1818
209 MUÑOZ RIVERA AVE.
SAN JUAN, PUERTO RICO 00918
TEL: (787) 250-8304
FAX (787) 758-4236

Ex. 8

November 3, 2010

Certified Return
Receipt Requested

Gary Gemme, Chief
Worcester Police Department
9-11 Lincoln Street
Worcester, MA 01608

Dear Chief Gemme:

    I hope you are doing well. As are you probably aware on September 24, 2010 you granted me a Class A license to carry a firearm. I wanted to thank you for the license but tell you at the same time that it does not go far enough to address the needs that I have to a carry a concealed firearm. When you endorsed and signed the license you did so with the following restrictions: "Sporting & Target." I have enclosed the copy of the license. I respectfully ask that you reconsider your decision to grant a restricted license in light of a number of factors that I outlined in my initial license application and others which I shall explain below. In my application I wrote reasons that you may not have been privy to. They were: "**I had home invasion at my home on 5/5/2010 (two armed suspects). Secondly, the type of work I do (civil/criminal law), the hours when I leave my office (many times in excess of 9 pm), and the high crime area where I work. I have "good reason to fear injury to [my] person or property" MGL c. 140 Section 131 (d). In support of this application I cite McDonald v. City of Chicago (U.S. Supreme Court June 28, 2010).**

    In May 2010 my family experienced a day-time home invasion and armed robbery. My nineteen year old son was pistol whipped in the head with a gun by one of the robbers. My daughter was in the second floor of our house at the time of the home invasion. This armed robbery remains unsolved and has deeply troubled me and family as you may imagine such that I have installed rod iron protection in my house an inquired with canine trainers to purchase a personal protection dog. I need to feel safe and protected at home and at my job. Recently, I also learned from two neighbors who live next to my office that there were two men that climbed on my office's roof at 807 Main Street trying to break in and enter at night-time through a window. Immediately, we contacted A.G. Welding to place additional bars to prevent any entries.

    Before that, (maybe two months earlier) I called the Worcester police dispatcher while working around 8:30 pm., because there were a number of characters that had come to the side of my property to smoke crack. One of them adamantly refused to leave.

Back around last November 2009 I was working with a client of mine (whose name I can provide you with) and had an individual that appeared to be gang-banger come into my office at night. This was a character that I had not seen before or since who walked into my building at pretending at first he was looking for somebody else. We confronted him but did not call police and he took off. Less than three weeks ago one of my neighbors told me that after I left the office around 9 pm, there were two men running and hiding from someone in front of my building. My law partner, Robin Scott was still working in the office when that happened. A substantial portion of the work I do, involves the litigation of prison condition cases, which brings us in contact with individuals that have lengthy criminal records.

Let me say this in the most respectful but forceful way. I believe that I have an absolute constitutional right to protect myself and my family from any threat or harm. When I leave my office late at night, and it happens frequently, the only real protection that I have is the ability to carry a weapon with me at all times. The sporting and target restrictions are insufficient to give me the protection and security that I need. I do understand that having a permit to carry a concealed weapon carries a tremendous responsibility. A responsibility, which I may add, I have not taken lightly. I took an NRA pistol course at the Hartford Gun Club with Robert J. McDermott and another course with him to carry for the Utah concealed firearm permit (license enclosed) as well as the hunter education course offered by the Commonwealth.

I trust you will understand the reasons that I have advanced and look forward to your reconsideration.

With best wishes, I remain.

Sincerely,

Hector E. Piñeiro



