Ex 9.

# Worcester District Court

The Trial Court
District Court Department
Worcester Division
Civil Department
50 Harvard Street, Worcester, Massachusetts 01608
(508) 757-8350

Worcester, ss                                                                 Docket No.: __1062CV3795__

__Héctor E. Piñeiro__, Petitioner

vs

__Gary J. Gemme,__ Respondent
__Chief of Police__

## Petition for Judicial Review of Refusal to Issue License To Carry a Firearm

Respectfully represents the Petitioner

__Héctor E. Piñeiro__
(Name)

__Law Office of Hector E. Piñeiro__
(Address)

__Worcester, MA  01610        Tel (508) 7__
(Town)

as follows.

1. That he/she resides within the Town of __Worcester__
2. That the Respondent is the Chief of Police in the Town of __Worcester__
3. That the Petitioner is over eighteen years of age.
4. That the Petitioner has never been convicted of a felony.
5. That the Petitioner has applied, pursuant to G.L. (Ter.Ed) Chapter 140, Section 131, for __a Class LTC a CW__ to the respondent.
6. That on __9-24-2010__ the Respondent refused or revoked said license to your Petitioner. __By granting a Class A License with restrictions for Sporting__
7. That the Petitioner is a suitable person.

__Héctor E. Piñeiro__

WHEREFORE YOUR PETITIONER PRAYS this honorable Court grant him/her a hearing pursuant to General Laws (Ted.Ed) Chapter 140, Section 131, and further prays that this Honorable Court directs the Respondent to issue and license.

Respectfully Submitted,

__Héctor E. Piñeiro__
Petitioner

---

WORCESTER DISTRICT
COURT

12/22/10   #00001

1062375 #
ENTRY        180.00
CV SURC       15.00
SUBTTL       195.00
TOTAL        195.00
CHECK        195.00
CHANGE          .00

2 #ITEMS

CLERK B  9487
#02  #0000  16:04