UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HECTOR E. PINEIRO, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>)<br>GARY GEMME, WORCESTER CHIEF of POLICE, )<br>And THE CITY OF WORCESTER, a Municipal )<br>Corporation )<br>)<br>Defendants )<br>) | C.A. NO.: 4-10-CV-40262-FDS |

**PLAINTIFF'S ASSENTED MOTION FOR EXTENSTION OF TIME TO RESPOND TO DEFENDANTS' MOTIONS TO STRKE OR FOR MORE DEFINITE STATEMENT AND TO DISMISS OR TO STAY THIS PROCEEDING ON ABSTENTION GROUNDS**

Comes now the plaintiff and, with the defendants' assent, he respectfully requests this Honorable Court extend by seven days, to February 14, 2011, the time allowed under L.R. 7.1(b)(2) for filing of his responses to the pending motions of the defendants: Documents Nos. 6 and 7, Motion to Strike or for a More Definite Statement and memorandum in support thereof; and Document Nos. 8 and 9: Motion to Dismiss or to Stay on Abstention Grounds and memorandum in support thereof.

Respectfully submitted,
Plaintiff

*/s/ Hector E. Pineiro*
Hector E. Pineiro BBO # 555315
Law Office of Hector E. Pineiro
807 Main Street
Worcester, MA 01610
Tel. (508) 770-0600
hector@pineirolegal.com

ASSENT:

          GARY GEMME, and
          CITY OF WORCESTER,

          By their attorney,

          */s/ David M. Moore*
          David M. Moore BBO # 352850
          City Solicitor
          City Hall, Room 301
          455 Main Street
          Worcester, MA  01608
          (508) 799-1161
          moored@worcesterma.gov

Dated: February 4, 2011

## CERTIFICATE OF SERVICE

     I, Hector E. Pineiro, certify that the within document, filed this day February 4, 2011, via the ECF filing system, has thereby been served on all registered participants, and there are no unregistered participants.

          */s/ Hector E. Pineiro*