UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HECTOR E. PINEIRO,<br>　　　　　Plaintiff,<br>　　v.<br>GARY GEMME, Worcester Chief of Police, and CITY OF WORCESTER,<br>　　　　　Defendants. | Civil Action No.<br>10-40262-FDS |

**ANSWER BY THE COMMONWEALTH OF MASSACHUSETTS**

**First Defense.**

The Commonwealth of Massachusetts answers the corresponding paragraphs of the complaint as follows.

1. This paragraph summarizes Plaintiff's theory of his case, but contains no allegations of fact to which any response is required under Fed. R. Civ. P. 8(b). To the extent this paragraph contains any such allegations, they are denied.

2. This paragraph contains no allegations of fact to which any response is required under Fed. R. Civ. P. 8(b), but instead asserts only legal conclusions.

3. The Commonwealth lacks information sufficient to admit or deny these allegations.

4-5. Admitted.

6. See above.

7-9. The Commonwealth lacks information sufficient to admit or deny these allegations.

10. Denied.

11-48. The Commonwealth lacks information sufficient to admit or deny these allegations.

49-55. These paragraphs contain no allegations of fact to which any response is required under Fed. R. Civ. P. 8(b), but instead assert only legal conclusions.

56. The Commonwealth lacks information sufficient to admit or deny these allegations.

57-58. Denied.

59. This paragraph contains no allegations of fact to which any response is required under Fed. R. Civ. P. 8(b), but instead asserts only legal conclusions.

60. This paragraph contains no allegations of fact to which any response is required under Fed. R. Civ. P. 8(b), but instead asserts only legal conclusions.  Further answering, the Commonwealth denies that Pineiro has any right to a jury trial in his state court challenge to the license issued by the Worcester police chief.

61-69. The Commonwealth lacks information sufficient to admit or deny these allegations.

70. This paragraph contains no allegations of fact to which any response is required under Fed. R. Civ. P. 8(b), but instead asserts only legal conclusions.

71-83. The Commonwealth lacks information sufficient to admit or deny these allegations.

84. This paragraph contains no allegations of fact to which any response is required under Fed. R. Civ. P. 8(b), but instead asserts only legal conclusions.

85-93.  The Commonwealth lacks information sufficient to admit or deny these allegations.

94. This paragraph contains no allegations of fact to which any response is required under Fed. R. Civ. P. 8(b), but instead asserts only legal conclusions.

95-103. The Commonwealth lacks information sufficient to admit or deny these allegations.

104. This paragraph contains no allegations of fact to which any response is required under Fed. R. Civ. P. 8(b), but instead asserts only legal conclusions.

105-114. The Commonwealth lacks information sufficient to admit or deny these allegations.

### Count I—Second Amendment.

115. See above.

- 3 -

116-117. These paragraphs contain no allegations of fact to which any response is required under Fed. R. Civ. P. 8(b), but instead assert only legal conclusions.

118-119. Denied.

120-122. The Commonwealth lacks information sufficient to admit or deny these allegations.

123. Denied.

### Count II—Equal Protection Clause.

124. See above.

125. Denied.

126-130. The Commonwealth lacks information sufficient to admit or deny these allegations.

131. Denied.

### Second Defense.

The Commonwealth's sovereign immunity and Eleventh Amendment immunity bar Plaintiffs from seeking or obtaining any relief against the Commonwealth.

### Third Defense.

Plaintiff cannot assert any claim against the Commonwealth under 42 U.S.C. § 1983.

### Fourth Defense.

Plaintiff has no right to a jury trial on his claims for declaratory and injunctive relief.

        MARTHA COAKLEY
          *ATTORNEY GENERAL OF MASSACHUSETTS*

          /s/ Kenneth W. Salinger
        Kenneth W. Salinger (BBO # 556967)
        Assistant Attorney General, Government Bureau
        Office of the Attorney General
        One Ashburton Place
        Boston, MA  02108
        617.963.2075
        ken.salinger@state.ma.us

November 18, 2011

- 4 -

<u>Certificate of Service</u>

I hereby certify that this document was filed through the Electronic Case Filing (ECF) system and thus copies will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF); paper copies will be sent to those indicated on the NEF as non registered participants on or before November 18, 2011.

    <u>/s/ Kenneth W. Salinger  </u>.